## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Marisol R.M.[1],

    Plaintiff,

       v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CIVIL NO. 25-1619 (GLS)

## ORDER

Plaintiff Marisol R.M. filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") which denied his application for disability insurance benefits. Docket No. 1.

On January 15, 2026, the Commissioner filed the transcript of the administrative record. Docket No. 11. Plaintiff filed her Memorandum of Law on April 24, 2026. Docket No. 18. On May 15, 2026, the parties requested that the Court remand the case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 19.

The parties' joint motion is **GRANTED**. Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 15th day of May 2026.

      s/Giselle López-Soler
      GISELLE LÓPEZ-SOLER
      United States Magistrate Judge

---

[1] Plaintiff's last name is omitted for privacy reasons.

1